

**FILED**

JUN 09 2016

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ASHLEY ERICKSON,<br><br>　　　　　　　　Defendant. | No. CV-15-29-BU-SEH<br><br>**ORDER** |

Plaintiff's Motion for Summary Judgment, Pursuant to Rule 56, Fed. R. Civ. P.[1] and Defendant's Motion for Summary Judgment[2] are DENIED without

---

[1] Doc. 19.

[2] Doc. 22.

prejudice to renewal if necessary and appropriate following final disposition of the issues certified to the Montana Supreme Court under Mont. R. App. P. 15 on June 9, 2016.

DATED this 9th day of June, 2016.

*Sam E. Haddon*
SAM E. HADDON
United States District Court